Nathan A. Oyster (SBN 225307)
E-mail:  noyster@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600      Fax:  213.236.2700

Attorneys for Defendants
CITY OF RIALTO, JARROD ZIRKLE, and MATTHEW LOPEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODILA PENALOZA, individually and as the Successor in Interest to Erick Aguirre & SAMANTHA GOODE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RIALTO; ET AL.,<br><br>Defendants. | Case No.  5:19-cv-01642-SVW-SP<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>[FED. R. CIV P. 41(a)(1)(A)(ii)]<br><br>[*[Proposed] Order filed concurrently herewith*]<br><br>Judge:    Hon. Stephen V. Wilson |

IT IS HEREBY STIPULATED by and between Plaintiff ODILA PENALOZA, individually and as the Successor in Interest to Erick Aguirre, and Plaintiff SAMANTHA GOODE (hereinafter "Plaintiffs") and Defendants CITY OF RIALTO, JARROD ZIRKLE, and MATTHEW LOPEZ (hereinafter "Defendants"), by and through their counsel of record, that the entire action, including all claims against Defendants CITY OF RIALTO, JARROD ZIRKLE, and MATTHEW LOPEZ, and all claims against any unserved Defendants,

///
///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4850-7947-7484 v1                                     - 1 -                         5:19-CV-01642-SVW-SP
STIPULATION TO DISMISS ACTION
WITH PREJUDICE

is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

Dated: July 20, 2021                BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Nathan A. Oyster
    Nathan A. Oyster

Attorneys for Defendants
CITY OF RIALTO, JARROD ZIRKLE, and MATTHEW LOPEZ

Dated: July 20, 2021                GUIZAR, HENDERSON & CARRAZCO LAW, LLP

By: /s/ Humberto Guizar
    Humberto Guizar
    Angel Carrazco, Jr.
    Kent M. Henderson

Attorneys for Plaintiffs
ODILA PENALOZA, individually and as the Successor in Interest to Erick Aguirre and SAMANTHA GOODE, an individual