JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ODILA PENALOZA, individually and as the Successor in Interest to Erick Aguirre & SAMANTHA GOODE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RIALTO; ET AL.,<br><br>Defendants. | Case No. 5:19-cv-01642-SVW-SP<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>*[Stipulation to Dismiss Action with Prejudice filed concurrently herewith]*<br><br>Judge: Hon. Stephen V. Wilson |
|---|---|

Pursuant to the Stipulation To Dismiss This Action With Prejudice filed by Plaintiff ODILA PENALOZA, individually and as the Successor in Interest to Erick Aguirre, Plaintiff SAMANTHA GOODE, and Defendants CITY OF RIALTO, JARROD ZIRKLE, and MATTHEW LOPEZ (hereinafter "Defendants"),, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the entire action, including all claims against CITY OF RIALTO, JARROD ZIRKLE, and MATTHEW LOPEZ,

///
///
///
///

1  and all claims against any unserved Defendants, is hereby dismissed with prejudice.
2  Each party is to bear their own attorneys' fees and costs.

4  Dated: ___July 21___, 2021          *[signature]*
5                                       Honorable Stephen V. Wilson
                                        United States District Judge